Bridgewater *v.* Ocean City Railroad Co.

---

WILLIAM BRIDGEWATER, complainant and respondent,

*v.*

THE OCEAN CITY RAILROAD COMPANY et al., defendants and appellants.

[Filed June 23d, 1902.]

*Mr. Clarence L. Cole,* for the appellants.

*Mr. John C. Sims,* for the respondent.

Palmyra *v.* Pennsylvania Railroad Co.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion of Vice-Chancellor Grey filed in the court below. See *17 Dick. Ch. Rep. 276.*

*For affirmance*—THE CHIEF-JUSTICE, VAN SYCKEL, DIXON, GARRISON, COLLINS, FORT, GARRETSON, PITNEY, BOGERT, KRUEGER, ADAMS, VREDENBURGH, VOORHEES—13.

*For reversal*—HENDRICKSON, VROOM—2.